IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAY IEPPERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-775 MJR |
| ) | |
| MATTHEW HARPER and KENAN ) | |
| ADVANTAGE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The parties have filed a Stipulation to Substitute Proper Party Defendant (Doc. 25). Plaintiff filed suit on November 7, 2008, naming The Kenan Advantage Group, Inc. as a Defendant. Counsel for Defendants informed Plaintiff that the proper party Defendant is Kenan Transport, L.L.C.. Thus, the parties have filed this Stipulation to Substitute Kenan Transport, L.L.C. for The Kenan Advantage Group, Inc. Defendants represent that they have no objection to the substitution. Accordingly, the Court hereby **ORDERS** that Kenan Transport, L.L.C. be **SUBSTITUTED** for The Kenan Advantage Group, Inc. The Clerk is **DIRECTED** to make the necessary changes to the Court's record.

**IT IS SO ORDERED.**

**DATED: May 28, 2009**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**